-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANTHONY BANKS,

        Plaintiff,

    -v-                                  11-CV-6123CJS(P)
                                                **ORDER**

OFFICER J. FRANCO Bg.#89,

        Defendant.
_____

      Plaintiff has submitted a complaint to the Court and seeks permission to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. In order for the Court to grant this request, it needs sufficient information on which to base its determination.

      Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request. Specifically, plaintiff provides no information to indicate how he supports himself. Because the Court cannot grant the request on the basis of the information included in the application, plaintiff may have until **May 5, 2011** to submit a new application which includes all the necessary information, including the additional information described above. Plaintiff must complete the application completely in order for the Court to determine if he should be allowed to proceed without payment of the filing fee.

      The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

By **May 5, 2011,** plaintiff must **either** submit a newly-completed application form which includes all of the above-described additional information needed for the Court's determination of the request **or** pay the full filing fee of $350.00.  Plaintiff is forewarned that failure to comply with this order by either submitting a new and complete application or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

If plaintiff has not complied with this order by May 5, 2011, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

**SO ORDERED.**

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:    April 1, 2011
          Rochester, New York